```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

<u>Uited States of America</u>

    v.                      08-cr-94-01-SM

<u>Peter Mitrano</u>

<u>ORDER</u>

Re: Document No. 55 , Motion for Reconsideration

Ruling:

Granted. The defendant continues to provide insufficient support for his request for travel and living expenses. Nevertheless, in an effort to insure his attendance at trial, I will approve travel expenses to allow the defendant to travel to this district for trial. The assigned trial judge will decide whether further evidence of the defendant's indigency will be required before additional expenses are approved.

                                        <u>/s/ Paul Barbadoro</u>
                                        Paul Barbadoro
                                        U.S. District Judge

Date: January 30, 2009

cc: Counsel of record