```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                                  Case No. 08-cr-94-PB

**Peter Mitrano**


**O R D E R**

The government has responded to defendant's motion in limine (Doc. No. 44) with a memorandum explaining its position with respect to each item of evidence that the defendant seeks to exclude.  I agree with the government's analysis and deny the defendant's motion to the extent that it is inconsistent with the positions taken by the government in its response.  I reserve the right to reconsider my ruling in whole or in part based upon other evidence that is produced during the trial.

    SO ORDERED.

                                                  /s/Paul Barbadoro  
                                                  Paul Barbadoro  
                                                  United States District Judge

April 13, 20089

cc:  Jeffrey S. Levin, Esq.  
     Helen Fitzgibbon, Esq.  
     United States Probation  
     United States Marshal