**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

<u>USA</u>

v.                                         Criminal No. 08-cr-94-01-PB

<u>Peter P. Mitrano</u>

**O R D E R**

Defendant, by counsel, has moved for an order directing the United States Marshal to arrange travel and lodging for him to enable him to appear for the scheduled hearing, case preparation, and trial. Judge Barbadoro already ordered the travel expenses and ordered defendant to provide further evidence of his indigency. See Order of January 30, 2009 (document no. 58).

The United States Marshal is ordered to make travel arrangements and payments to bring defendant from his home in Fairfax, Virginia on April 25, 2009, or April 26, 2009, and to provide subsistence for him until the hearing on April 27, 2009. At that hearing, Mitrano is to provide further evidence of his indigency and renew his request for subsistence through conclusion of the trial.

The motion (document no. 74) is granted in part and may be

otherwise renewed on April 27, 2009.

**SO ORDERED.**

                                              _____
                                              James R. Muirhead
                                              United States Magistrate Judge

Date: April 24, 2009

cc:    Helen W. Fitzgibbon, Esq.
       Jeffrey S. Levin, Esq.