UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEW HAMPSHIRE

**United States of America**

    **v.**                                          Case No. 08-cr-94-PB

**Peter Mitrano**

## O R D E R

The defendant has moved through counsel to continue the trial scheduled for May 19, 2009, citing a scheduling conflict with the trial date and the need for additional time to engage in plea negotiations.

Having noted the government's objection to a continuance, the court will continue the trial from May 19, 2009 to July 7, 2009 to allow the parties time engage in plea negotiations or properly prepare for trial.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

No further continuances will be granted.

SO ORDERED.

                                                  /s/Paul Barbadoro
                                                Paul Barbadoro
                                                United States District Judge

May 12, 2009

```
cc:   Jeffrey S. Levin, Esq.
      Helen Fitzgibbon, Esq.
      United States Probation
      United States Marshal
```